# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Randal Lee Merkey | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.     4:17-977-TMC |
| Nancy A. Berryhill, Acting Commissioner of Social Security | ) ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____.

■   other: The Commissioner's final decision denying benefits is affirmed.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain,   United States District Judge, who adopted the Report and
Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Robin L. Blume
*CLERK OF COURT*

Date:     May 29, 2018

s/Glenda J. Nance

*Signature of Clerk or Deputy Clerk*